UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SUMMERWOOD VILLAS, A CONDOMINIUM OWNER'S ASSOCIATION, INC.

CIVIL ACTION

VERSUS

NO. 25-248-JWD- RLB[1]

AMGUARD INSURANCE COMPANY

## ORDER

**IT IS ORDERED** that trial in this matter, currently set to commence on January 25, 2027, is **CONTINUED**.

**IT IS FURTHER ORDERED** that, **by noon on Monday, November 18, 2026**, counsel are to file, **in a single status report signed by all trial counsel**, responses to the following:

1. Is this matter ready for trial? "Ready for trial" means that no further dispositive motion practice is needed, all such motions having been either decided or fully briefed and submitted; no further discovery is needed or outstanding, and all motions to compel discovery have been considered and decided; all expert reports are final and have been fully disclosed to all counsel; and all settlement conferences and mediation, if any, have been considered and held accordingly.

2. If this matter is ready for trial, indicate whether the trial will be a jury or non-jury trial (or if appropriate, which claims against which defendants are to be tried by the jury and which are to be tried by the judge, if not all), as well as the estimated length of trial (not including jury selection). Additionally, provide a list of all contemplated motions in limine, after conferring with all counsel as to the need for each.

3. If this matter is not ready for trial, set forth specifically all expected discovery remaining to be completed, and the anticipated completion date(s). **NOTE**: Any deadlines and cut off dates previously set and expired will **not** be re-opened, absent a

[1] This matter was transferred to the undersigned for all further proceedings by order entered on November 2, 2026 (R.Doc. 54) by Chief Judge Shelly D. Dick for the United States District Court for the Middle District of Louisiana.

showing of good cause (which must explain specifically why such work could not have been timely done).

4. If the matter is not ready for trial, list all pending motions, and indicate whether each is fully briefed and awaiting decision/disposition. For any motions that have not been fully briefed, indicate what must yet be filed to complete the motion for submission and decision. Also set forth all motions currently contemplated by counsel but yet to be filed.

5. Describe all attempts that have been made to settle this case, without providing numerical positions, and any scheduled or to-be-scheduled meetings planned to discuss resolution.

6. Provide three dates and times in the months of December 2026 and January 2027 when all counsel are available to attend a status conference with the undersigned, **in person**, in either Baton Rouge (MDLA) or New Orleans (EDLA or Fifth Circuit Courthouse). Counsel shall bring the calendars of all counsel necessary to select trial dates and corresponding scheduling dates.

New Orleans, Louisiana, this 5th day of November, 2026.

**KURT D. ENGELHARDT**
**UNITED STATES CIRCUIT JUDGE**